IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER EUGENE WILSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00175 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| GERALD MCPEAK, *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motion for summary judgment (Docket No. 10) is GRANTED and this action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of the court.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Wilson, plaintiff.

Entered: February 18, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge